# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

MOHAMMED OMAR,

                      Plaintiff,

vs.                                      Case No: 4:22-cv-00204-GKF-SH

BRITTEN PRODUCTIONS, LLC, et al.,      **CORPORATE DISCLOSURE STATEMENT**

                      Defendant.

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

BRITTEN PRODUCTIONS, LLC
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☒ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  17  day of    May   ,  2022 .

|  |  |
|---|---|
| Signature: | /s/Michael D. Goss |
| Printed Name: | Michael D. Goss |
| Bar Number: | 16759 |
| Firm Name: | Rhodes, Hieronymus, Jones, Tucker & Gable |
| Address: | P.O. Box 21100 |
| City, State, Zip Code: | Tulsa, OK 74121-1100 |
| Phone/Fax: | (918) 582-1173 / (918) 592-3390 |
| Email Address: | mgoss@rhodesokla.com |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>     May 17, 2022     </u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Charles L. Richardson
Wriley K. Anderson

I hereby certify that on <u>                              </u> (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):


                                              /s/Michael D. Goss
                                              Signature